UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| J.B. ELECTRIC CO., INC. | : | |
| | : | |
| VS. | : | CA. NO.: 07-400 ML |
| | : | |
| HUNTINGTON CONTROLS, INC. | : | |

**PLAINTIFF'S PRETRIAL CONFERENCE STATEMENT**

NOW COMES your Plaintiff pursuant to this Court's Notice, dated January 9, 2008, and files its Pretrial Conference Statement as follows:

I. **Factual Background**

The Plaintiff has brought the instant Complaint against the Defendant based upon a balance due on Book Account (Count I), breach of contract (Count II) and quantum meruit (Count III).

In and around April 2006, the Defendant, Huntington Controls, hired the Plaintiff, J.B. Electric Co., Inc. as a subcontractor to perform electrical services for the Renaissance Hotel Project in Providence, Rhode Island. Since April 2006, the Plaintiff has provided electrician services and materials, at the Defendant's expressed request at the Renaissance Hotel Project.

The Defendant owes the Plaintiff $150,093.33 for labor performed and materials supplied and delivered by the Plaintiff to the Defendant with respect to same. Plaintiff has made demand upon the Defendant for the payment of said sum. However, the Defendant has refused and continues to refuse to pay the monies due and owing.

The Plaintiff seeks damages in the amount owed of $150,093.33 plus an award of reasonable attorney's fees pursuant to R.I.G.L. 9-1-45.

As of the date of filing the instant statement, the Plaintiff has produced to the Defendant Rule 26 Disclosure, wherein the Plaintiff has identified all individuals likely to have discoverable information concerning this matter, as well as produced copies all of the relevant purchase orders, communications, including faxes, emails and correspondence between the parties, all J.B. Electric Co., Inc. job invoices, material invoices and the like, which are in Plaintiff's possession and control.

As of the time of filing the instant statement, Plaintiff's counsel has not received any Rule 26 Disclosure from the Defendants.

II. **Legal Issues**.

Plaintiff submits that this is a straightforward case seeking the recovery of monies owed on book account and for breach of contract and/or quantum meruit, with respect to electrician services and materials provided by the Plaintiff, J.B. Electric Co., Inc., at the Renaissance Hotel Project, at the express request of the Defendant, Huntington Controls.

Plaintiff,
By and through its Attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro, III, Esq. (#2046)
The Law Firm of Thomas A. Tarro, III, Esq.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 Fax

# CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing Plaintiff's Pretrial Conference Statement via electronic filing on the 24th day of January, 2007, to:

David M. Campbell, Esq. (#3355)
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Thomas A. Tarro, III