UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

J.B. ELECTRIC CO., INC. :
:
VS. : CA. NO.: 07-400 ML
:
HUNTINGTON CONTROLS, INC. :

**PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES PROPOUNDED UPON THE DEFENDANT, HUNTINGTON CONTROLS, INC.**

NOW COMES the Plaintiff, in the above-entitled matter, pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves for an Order of this Honorable Court compelling the Defendant, Huntington Controls, Inc. to answer Interrogatories propounded upon it. In support of its motion, Plaintiff states as follows:

1. Interrogatories were served on the Defendant in this matter on or about January 8, 2008;
2. The period of time to answer or otherwise respond to the Interrogatories pursuant to the Rules of Civil Procedure has elapsed;
3. As of the filing of this motion, Plaintiff's counsel has not received the Defendant's Answers to Interrogatories;
4. Plaintiff's counsel has made a good faith effort to obtain the information sought herein without the need for court intervention.

WHEREFORE, Plaintiff seeks an Order of the court compelling the Defendant, Huntington Controls, Inc. to answer Interrogatories propounded upon it. Plaintiff seeks a ten (10) day Order for compliance.

Plaintiff,
By and through its attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro III, Esq., #2046
LAW FIRM OF THOMAS A. TARRO III
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within ***Motion to Compel Answers to Interrogatories*** on the 5th day of May, 2008 to:

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Thomas A. Tarro, III