**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **J.B. ELECTRIC CO.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-400 ML** |
| | : | |
| **HUNTINGTON CONTROLS, INC.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

NOW COMES the defendant, Huntington Controls, Inc. ("Huntington") and hereby objects to the motion of the plaintiff, J.B. Electric Co., Inc. ("JB"), to compel answers to interrogatories. In support of its objection, Huntington states as follows:

1. On or about October 26, 2007, JB filed the instant complaint.

2. On or about January 8, 2008, JB served its first interrogatories on Huntington. As of this date, the parties had not yet engaged in any conference or even any discussions resembling a Rule 26(f) conference concerning discovery scope and scheduling.

3. Subsequent to JB's service of its interrogatories on the defendant, on or about January 9, 2008, the Court issued notice to the parties of a pretrial conference which would take place on January 31, 2008.

4. The Federal Rules dictate that "unless leave of court is obtained, interrogatories may not be served prior to the meeting of the parties under Rule 26(f)." Advisory Committee Notes of F.R.C.P. 33.

WHEREFORE, Huntington seeks an Order denying JB's motion to compel answers to interrogatories.

Defendant,
***Huntington Controls, Inc.***
By its Attorneys:

*/s/ David M. Campbell*
David M. Campbell (#3355)
***Visconti & Boren, Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 - Telephone
(401) 421-9302 - Facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished electronically via the United States District Court ECF system, this 7th day of May, 2008 to:

Thomas A. Tarro, III, Esquire
THE LAW FIRM OF THOMAS
TARRO, III, ESQUIRE
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886

*/s/ David M. Campbell*