UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| J.B. ELECTRIC CO., INC. | : | |
| | : | |
| VS. | : | CA. NO.: 07-400 ML |
| | : | |
| HUNTINGTON CONTROLS, INC. | : | |

**PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

NOW COMES your Plaintiff, J.B. Electric Co., Inc., and objects to the Defendant's Motion for Issuance of Protective Order against the Plaintiff with respect to depositions that have been scheduled in this matter. In support of its Objection, Plaintiff relies on the attached Memorandum of Law which is filed contemporaneously herewith.

WHEREFORE, the Defendant's Motion for Protective Order should be denied.

Plaintiff,
By and through its Attorney,

/s/ Thomas A. Tarro, III
Thomas A. Tarro, III, Esq. (#2046)
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200

# CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Plaintiff's Objection to Defendant's Motion for Protective Order*** on the 13th day of May, 2008, to:

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Thomas A. Tarro, III