UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| J.B. ELECTRIC CO., INC. | : | |
| | : | |
| VS. | : | CA. NO.: 07-400 ML |
| | : | |
| HUNTINGTON CONTROLS, INC. | : | |

**PLAINTIFF'S MOTION TO EXTEND DISCOVERY CLOSURE DATE**

Now comes your Plaintiff, J.B. Electric Co., Inc., and moves this Honorable Court for a 90 Day Extension of the discovery closure date, in the above-entitled matter. In support of its Motion, Plaintiff states as follows:

1. Pursuant to this Court's Pretrial Scheduling Order, dated January 31, 2008, discovery is to be completed by May 30, 2008. Dispositive motions shall be filed by June 13, 2008 and, if no dispositive motions are filed, pretrial memorandum are due to be filed by June 30, 2008.

2. On or about January 8, 2008, Plaintiff's counsel propounded Interrogatories and Request for Production of Documents upon the Defendant, Huntington Controls, Inc.

3. Defense counsel initially objected to the discovery requests on the ground that they were propounded prior to the Rule 26 Conference.

4. This matter was scheduled for a Rule 16 Pretrial Conference, which took place on January 31, 2008 resulting in the Pretrial order, referenced above, which included the discovery closure date of May 30, 2008. Plaintiff's counsel submits that at the time of the Pretrial Conference, he indicated to defense counsel

that the time for responding to the Interrogatories and Request for Production, which had been previously propounded upon the Defendant, would begin to run after the Pretrial Conference date.

5. A Rule 26 Conference has never been scheduled in this matter.

6. The period of time to respond to said discovery pursuant to the Federal Rules of Civil Procedure has elapsed. However, Plaintiff has yet to receive any responses to the discovery requests from the Defendant; despite the fact that discovery is scheduled to close in this matter on May 30, 2008.

7. On May 5, 2008, Plaintiff filed Motions to Compel the Defendant to Answer Interrogatories and Respond to Request for Production, which had been previously propounded upon it. The Defendant has filed objections to said motions, but, no hearing has been scheduled as of the filing of the instant motion.

8. As of the date of filing the instant Motion, the Defendant has failed to respond to the Interrogatories or Request for Production, which were previously served upon it and defense counsel has taken the position that he need not respond to said discovery, pursuant to Rule 26 of the Federal Rules of Civil Procedure.

9. Plaintiff's counsel has noticed depositions of individuals identified by the Defendant in Rule 26 Disclosure as likely to have discoverable information concerning this matter. On May 7, 2008, the Defendant filed a Motion for Protective Order seeking to preclude the Plaintiff from taking said depositions. Plaintiff will file an objection to the Defendant's Motion for Protective Order.

10. Based on the foregoing, Plaintiff seeks a 90 Day Extension of the discovery closure date, up to and including August 6, 2008, to insure that Defendant's response to all outstanding discovery has been complied with and to allow sufficient time to conduct depositions in this matter.

WHEREFORE, Plaintiff seeks an Order of the Court granting its Motion to Extend the Time to Complete Discovery in this matter 90 days, and specifically, that discovery shall close on August 6, 2008; dispositive motions shall be filed by September 6, 2008; and pretrial memos shall be filed 30 days after decision on dispositive motions, or, if no dispositive motions are filed by October 6, 2008.

Plaintiff,
By and through its Attorney,

____/s/ Thomas A. Tarro, III______
Thomas A. Tarro, III, Esq. (#2046)
The Law Firm of Thomas A. Tarro, III
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200

**CERTIFICATION**

I, the undersigned, hereby certify that I have sent a copy of the foregoing Motion to Extend Discovery Closure Date on the 14th day of May, 2008, to:

David M. Campbell, Esq. (#3355)
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Thomas A. Tarro, III