AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

J. B. Electric

v.

Huntington

APPEARANCE

CASE NUMBER: CA07-400ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff JB Electric

I certify that I am admitted to practice in this court.

5/28/08
*Date*

[signature]
*Signature*

Kris Marcuse Marotti #4605
*Print Name* *Bar Number*

300 Centerville Rd. Ste 330
*Address*

Warwick, RI 02886
*City* *State* *Zip Code*

(401) 737-7200 (401) 732-3362
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.