UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| J.B. ELECTRIC CO., INC. | : | |
| | : | |
| VS. | : | CA. NO.: 07-400 ML |
| | : | |
| HUNTINGTON CONTROLS, INC. | : | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiff, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves this Honorable Court allowing the Plaintiff to amend its Complaint to add a count for fraud in the inducement, in conformity with the Amended Complaint, which is attached hereto and marked Exhibit "1." As grounds for its motion, Plaintiff relies on the attached Memorandum of Law filed contemporaneously herewith.

Plaintiff,
By and through its attorney,

/s/ Thomas A. Tarro, III

Thomas A. Tarro III, Esq., #2046
LAW FIRM OF THOMAS A. TARRO III
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within ***Motion to Amend Complaint*** on the 29th day of August 2008 to:

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Thomas A. Tarro, III