UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

J.B. ELECTRIC CO., INC. :
:
VS. : CA. NO.: 07-400 ML
:
HUNTINGTON CONTROLS, INC. :

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO AMEND COMPLAINT**

NOW COMES the Plaintiff, pursuant to Rule 15 of the Federal Rules of Civil Procedure, and moves this Honorable Court allowing the Plaintiff to amend its Complaint in this matter. Specifically, Plaintiff seeks to add an additional count against the Defendants for fraud in the inducement.

**Argument**

Rule 15 of the Federal Rules of Civil Procedure provide, in pertinent part, as follows:

> **Amended and supplemental pleadings**
>
> **(a) Amendments**. A party may amend the party's pleadings once as a matter of course at any time before a responsive pleadings is served or, if the pleading is one to which no responsive pleading is permitted and the action has not been placed upon the trial calendar, the party may so amend it at any time within 20 days after it is served. Otherwise, the party may amend the party's pleading only by leave of court or by written consent of the averse party; and leave shall be freely given when justice so required. *** * ***

Your Plaintiff now seeks to amend its Complaint to add an additional count against the Defendant for Fraud in the Inducement, based on the facts which are set forth in the Amended Complaint filed contemporaneously herewith. [*See* Theta

Products, Inc. v. Zippo Manufacturing Co., 8 Fed. Appx. 3, 8 (1st Cir. 2001) "fraud in the inducement is defined as a '[m]isrepresentation as to the terms, quality or other aspects of a contractual relation, venture or other transaction that leads a person to agree to enter into transaction with a false impression or understanding of the risks, duties or obligations she has undertaken'". Citing Bourdon's Inc. v. Ecin Indus., 704 A.2d 747, 753 (RI 1997).

WHEREFORE, Plaintiff seeks an Order of the court granting its Motion to Amend its Complaint and asks that the Amended Complaint, which is attached to Plaintiff's Motion to Amend and marked as Exhibit "1", serve as the operative pleading in this matter.

Plaintiff,
By and through its attorney,

/s/ Thomas A. Tarro, III
Thomas A. Tarro III, Esq., #2046
LAW FIRM OF THOMAS A. TARRO III
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886
(401) 737-7200
(401) 732-3362 fax

**CERTIFICATION**

I hereby certify that I mailed a true copy of the within ***Memorandum in Support of Motion to Amend Complaint*** on the 29th day of August 2008 to:

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

/s/ Thomas A. Tarro, III