**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **J.B. ELECTRIC CO.** | : | |
| | : | |
| **vs.** | : | **C.A. No. 07-400 ML** |
| | : | |
| **HUNTINGTON CONTROLS, INC.** | : | |

**DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO AMEND COMPLAINT**

NOW COMES the defendant, Huntington Controls, Inc. ("Huntington") and hereby objects to the motion of the plaintiff, J.B. Electric Co., Inc. ("JB"), to amend its complaint. In support thereof, Huntington refers the court to the attached memorandum.

Defendant,
***Huntington Controls, Inc.***
By its Attorneys:

*/s/ David M. Campbell*
David M. Campbell, Esq. (#3355)
David L. Fine, Esq. (#7368)
***Visconti & Boren Ltd.***
55 Dorrance Street
Providence, RI 02903
(401) 331-3800 - Telephone
(401) 421-9302 - Facsimile

**CERTIFICATION**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished electronically via United States District Court ECF system, this 10th day of September, 2008 to:
Thomas A. Tarro, III, Esquire
THE LAW FIRM OF THOMAS
TARRO, III, ESQUIRE
The Summit East - Suite 330
300 Centerville Road
Warwick, RI 02886

*/s/ David M. Campbell*