UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| J.B. ELECTRIC CO., INC. | : | |
| | : | |
| VS. | : | CA. NO.: 07-400 ML |
| | : | |
| HUNTINGTON CONTROLS, INC. | : | |

## AMENDED NOTICE OF DEPOSITION

**DEPONENT: MICHAEL HUNTINGTON, President of Huntington Controls, Inc.**

**TO:** Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

**TIME & DATE OF TAKING: JULY 29, 2008 AT 10:00 A.M.**

Please take notice that the Plaintiff, J.B. Electric Co., will take the testimony on oral examination of **MICHAEL HUNTINGTON on JULY 29, 2008 AT 10:00 A.M.** at the office of Thomas A. Tarro, III, Esq., The Summit East, 300 Centerville Road, Suite 330, Warwick, RI 02886, before a Notary Public of the State of Rhode Island and thereafter from day to day as the taking of the deposition may be adjourned, at which time and place you are notified to appear and take part in the examination as you may be advised and as shall be fit and proper. Deponent is requested to bring with him the documents requested on Exhibit "A" attached hereto.

Plaintiff,

By and Through Its Attorney,

______________________________

Thomas A. Tarro, III #2046
THE LAW FIRM OF THOMAS A. TARRO, III, ESQ.
The Summit East – Suite 330
300 Centerville Road
Warwick, Rhode Island 02886
(401) 737-7200
(401) 732-3362 (fax)

## CERTIFICATION

I, the undersigned, hereby certify that I have sent a copy of the foregoing ***Amended Notice of Deposition*** on the _________ day of July, 2008, to

Capitol Court Reporters
931 Jefferson Boulevard, Suite 2003
Warwick, RI 02886

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

______________________________

# EXHIBIT "A"

1. Original drawings, blueprints, plans and specifications supplied to J.B. Electric for bidding purposes on the Renaissance Hotel Project, which is the subject matter of Plaintiff's Complaint.

2. Original Bulletin 55 as referenced in Defendant's Rule 26 Disclosure.

3. Original Bulletin 62 as referenced in Defendant's Rule 26 Disclosure.

4. Original daily time records submitted by J.B. Electric to Huntington Controls, Inc.

5. Any and all documents including, but not limited to memorandum, emails, letters, correspondence, memos, etc. that reference in any way the claim asserted by the Huntington Controls Inc. in its Answers to Interrogatories that "the control wiring performed by J.B. Electric was not adequately labeled…" This request does not seek communications between the Huntington Controls Inc. and its counsel regarding said claim.

6. Any and all documents, including, but not limited memorandum, emails, letters, correspondence and memos, etc. that refer in any way to the claim asserted by Huntington Controls Inc. in its Answers to Interrogatories that "Plaintiff failed to provide all material required by the subcontract." This request does not seek communications between Huntington Controls Inc. and its counsel regarding said claim.

7. Any and all documents, including, but not limited to, memorandum, emails, letters, correspondence, memos, etc. that refer to in any way the claim asserted by Huntington Controls Inc. in its Answers to Interrogatories that "J.B. Electric also failed to install control devices on the air handling units as required by the subcontract. This request does not seek communications between Huntington Controls Inc. and its counsel regarding said claim.

8. Copies of any and all records used or relied upon by Huntington Controls Inc. in compiling the information set forth in Exhibit "A" entitled "J.B. Electric Summary/Project – Renaissance Hotel – R.I.L.P. 0510", which was attached and referred to in Huntington Controls Inc. Answers to Interrogatories.

9. Copies of any and all records used or relied upon by Huntington Controls Inc. in compiling the information set forth in Exhibit “C” entitled “Huntington Controls, Inc. Transaction Detail by Account – Renaissance Hotel (January 2005 through December 2007”, which was attached and referred to Huntington Controls Inc. Answers to Interrogatories.

10. Copies of any and all records used or relied upon by Huntington Controls Inc. in compiling the information set forth in Exhibit “C” entitled “Huntington Controls, Inc. Time by Job Detail – Renaissance Hotel (January 2005 through December 2007)”, which was attached and referred to in Huntington Controls Inc. Answers to Interrogatories.