February 29, 2008

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

RE: J.B. Electric Co., Inc. vs. Huntington Controls, Inc.
C.A. No.: 07-0400-ML

Dear David:

Please provide me with copies of the original designs and specifications which were issued to JB Electric Company, Inc. for bidding purposes along with bulletins 55 and 63.

Very truly yours,

Thomas A. Tarro, III

TAT/atn

April 30, 2008

VIA FACSIMILE

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

RE: J.B. Electric Co., Inc. vs. Huntington Controls, Inc.
C.A. No.: 07-0400-ML

Dear David:

On February 29, 2008, I sent you a letter requesting copies of the original designs and specifications which were issued to JB Electric Company, Inc. for bidding purposes along with bulletins 55 and 63. To date, I have not received these documents.

Additionally, I have not received a response to Interrogatories and Request for Production of Documents. I am forwarding a copy of a Motion to Compel which I have drafted. Please let me know if you will be responding to discovery without the need to file the Motion to Compel.

I intend on filing the motion on Monday, should I not hear from you regarding the outstanding discovery.

Very truly yours,

Thomas A. Tarro, III

TAT/atn
Enclosure

June 23, 2008

VIA FACSIMILE
421-9302

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

RE: J.B. Electric Co., Inc. vs. Huntington Controls, Inc.
C.A. No.: 07-0400-ML

Dear Attorney Campbell:

Please be advised that I am in receipt of the Defendant's Answers to Interrogatories in the above-entitled matter.

Pursuant to the prior Order of the Court, the Defendant was to provide Plaintiff's counsel with copies of Bulletins 55 and 63, within 20 days of the hearing. As the time frame for compliance has elapsed, I would ask you to fax copies of Bulletins 55 and 63 to my office.

Very truly yours,

Kris Macaruso Marotti

KMM:jt

August 4, 2008

SENT VIA FACSIMILE

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

RE: J.B. Electric Co., Inc. vs. Huntington Controls, Inc.
C.A. No.: 07-0400-ML

Dear Attorney Campbell:

I write with respect to the above-entitled matter and in compliance with the Good Faith Conferral Requirement of Rule 37 of the Rules of Civil Procedure. As you know, pursuant to Magistrate Judge Almond's Order, dated May 28, 2008, the Defendant was to provide to Plaintiff's counsel "the plans and specifications in issue, as well as Bulletins 55 and 63…" Moreover, the Order indicates that if any such documents could not be located by the Defendant after diligent search, Defendant's counsel was to promptly inform Plaintiff's counsel, in writing, of same.

I have reviewed the documents which are contained on the CD-Rom, which was provided by defense counsel, purportedly in compliance with the court's Order. Although there are files identified as Bulletin 55 and 63 therein, there is no document or documents identified as Bulletin 55 and 63 which I can discern. Please be mindful that, for practical purposes, many of the documents are illegible due to the small size of the print, which is another problem with respect to the Defendant's disclosure. Lastly, my client advises that the plans and specifications which are contained on the disc are not the original plans and specifications which were provided to the Plaintiff for bidding purposes and maintained at the job site. Apparently, said plans and specifications have numerous redlines and notations set

forth therein; none of which are contained on the plans and specifications on the disc produced.

The purpose of this correspondence is to request that you provide documents in compliance with the court's Order, and specifically, the original plans and specifications provided to the Plaintiff by the Defendant for bidding purposes, which include the redline items and notations set forth thereon, as well as Bulletins 55 and 63. If said documents are not produced to this office by Wednesday, August 6, 2008, I will file the appropriate motion with the court.

Very truly yours,

Kris Macaruso Marotti

KMM/atn

THE LAW FIRM OF

THOMAS A. TARRO III, ESQ.

THE SUMMIT EAST — SUITE 330
300 CENTERVILLE ROAD
WARWICK, RHODE ISLAND 02886

THOMAS A. TARRO III
ttarro3rd@tarrolawfirm.com

ANTHONY S. BUGLIO
abuglio@tarrolawfirm.com

KRIS R. MACARUSO MAROTTI
kmarotti@tarrolawfirm.com

(401) 737-7200
FAX: (401) 732-3362

August 7, 2008

SENT VIA E-MAIL

David M. Campbell, Esq.
Visconti & Boren, Ltd.
55 Dorrance Street
Providence, RI 02903

RE: J.B. Electric Co., Inc. vs. Huntington Controls, Inc.
C.A. No.: 07-0400-ML

Dear Attorney Campbell:

I am, once again, requesting the original paper plans, designs and specifications submitted to J.B. Electric for biding purposes and those which were used on the job site. These documents have been requested several times, and more specifically, in Request for Production of Documents. I would ask that these documents be produced for review by John Boretos and Peter Leone by the close of business, Friday, August 8, 2008.

Thank you for your attention to this matter.

Very truly yours,

Thomas A. Tarro III /atr

Thomas A. Tarro, III

TAT:jt